IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOMINGO MARTINEZ-DELEÓN,

    Petitioner,

v.

CAROL HOLINKA, Warden FCI Oxford,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-137-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for a writ of habeas corpus.

_____    4/30/10
Peter Oppeneer, Clerk of Court          Date